# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LADARRELLE DIXON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-6 |
| | * | |
| v. | * | |
| | * | |
| UNKNOWN LAW ENFORCEMENT | * | |
| OFFICER; LAW ENFORCEMENT | * | |
| OFFICER #408; GLYNN COUNTY | * | |
| SHERIFF'S DEPARTMENT; and GLYNN | * | |
| COUNTY DETENTION CENTER | * | |
| OFFICIALS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 27. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's "Motion to Change Plaintiff Detention due to Civil Action." Dkt. No. 4.

SO ORDERED, this 20 day of July, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)